Same case below, 355 Fed. Appx. 585.

**No. 09-9756. Quincy Jovan Allen, Petitioner v. South Carolina.**

560 U.S. 929, 130 S. Ct. 3329, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4276.

May 24, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 386 S.C. 93, 687 S.E.2d 21.

**No. 09-9757. Linda Bays, Petitioner v. Esther Holmes, et al.**

560 U.S. 929, 130 S. Ct. 3329, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4298,

May 24, 2010. Petition for writ of certiorari to the Supreme Court of Washington denied.

**No. 09-9762. Otis H. Lacy, Petitioner v. David Parker, Warden.**

560 U.S. 929, 130 S. Ct. 3330, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4181.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 359 Fed. Appx. 25.

**No. 09-9767. Freddie Monroe Pickett, Petitioner v. Texas, et al.**

560 U.S. 930, 130 S. Ct. 3330, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4227.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 356 Fed. Appx. 756.

**No. 09-9770. Steven R. Schmidt, Petitioner v. Froedtert Memorial Lutheran, et al.**

560 U.S. 930, 130 S. Ct. 3330, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4364,

May 24, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 316 Wis. 2d 773, 766 N.W.2d 241.

**No. 09-9772. Lolita Arango, Petitioner v. Rhoda A. Winstead, Superintendent, State Correctional Institution at Cambridge Springs.**

560 U.S. 930, 130 S. Ct. 3331, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4361.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 352 Fed. Appx. 664.

**No. 09-9774. Christopher Lamont Benjamin, Petitioner v. Darlene White.**

560 U.S. 930, 130 S. Ct. 3331, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4328.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 385.

**No. 09-9775. LaKeith Raqib Amir-Sharif, Petitioner v. Texas.**

560 U.S. 930, 130 S. Ct. 3331, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4274,

May 24, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.